MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ANN TERRY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | CASE NO.: 1:26-cv-04961-EGC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>DOC. 7 |

The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for the Plaintiff to file his motion for summary judgment to October 23, 2026.

Good cause exists for this request. Plaintiff's counsel has worked diligently to comply with the Court's deadlines in this case. However, Plaintiff's counsel had several unexpected deadlines in late August and early September and requires an additional 30 days to prepare the motion for summary judgment in this case.

On August 28, 2026, Defendant's counsel agreed to stipulate to Plaintiff's request for an extension of time.

Based on the foregoing, Plaintiff's counsel requests that the court grant her request for an extension of time.

DATE: August 28, 2026

Respectfully submitted,

By: _/s/ Margaret Lehrkind_
Margaret Lehrkind
SBCA # 314717
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

DATE: August 28, 2026

By: _/s/ Roseanne C. Gillette Lazzarotto_
Social Security Administration, Law and Policy
Program Litigation 1
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
855-295-8304
Email: roseanne.gillette@ssa.gov

**ORDER**

Pursuant to the parties' foregoing stipulation for an extension of time, (Doc. 7), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Plaintiff shall have up to and including October 23, 2026, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order, (Doc. 2), are enlarged accordingly.

IT IS SO ORDERED.

Dated: **August 31, 2026**

Erin Sug Castillo

UNITED STATES MAGISTRATE JUDGE