ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER ANN TERRY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-CV-04961-EGC<br><br>**STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER**<br><br>(Doc. 14) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 12) be extended forty (40) days from November 12, 2026, up to and including December 22, 2026. The parties further stipulate that the Court's Scheduling Order (ECF No. 2) shall be modified accordingly.

This is Defendant's first extension request. Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of the Defendant's undersigned counsel's current caseload and recent assignment to this matter. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed seven responsive briefs

and two settlement memoranda. In addition to this case, counsel has fourteen upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: November 12, 2026

By: /s/ *Michelle A. Pavelek**
(*as authorized via e-mail on November 10, 2026)
MICHELLE A. PAVELEK
Attorney for Plaintiff

Dated: November 12, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: /s/ *Lillian J. Lee*
LILLIAN J. LEE
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion, (Doc. 14), IT IS SO ORDERED that Defendant shall have an extension, up to and including December 22, 2026, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Scheduling Order, (Doc. 2), are enlarged accordingly.

IT IS SO ORDERED.

Dated: **November 13, 2026**

Erin Sny Castillo
UNITED STATES MAGISTRATE JUDGE